FILED: January 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2034
(11-0683-BLA)
(10-BLA-5257)

_____

LOGAN COALS, INC.

        Petitioner

v.

PAGE BENDER, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

        Respondents

_____

O R D E R

_____

The court grants the Director's motion for leave to file a separate brief not to exceed 10,000 words.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk