FILED: January 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2034
(11-0683-BLA)
(10-BLA-5257)

_____

LOGAN COALS, INC.

       Petitioner

v.

PAGE BENDER, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

       Respondents

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief of DOWCP due: 02/14/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk