UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2034

WEST VIRGINIA CWP FUND, AS INSURER OF Logan Coals, Inc. ,

    Petitioner

    v.

PAGE BENDER, JR. ; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

    Respondent

UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

Comes Roger D. Forman, as counsel for respondent, Page Bender, and would respectfully request the award of twenty seven thousand two hundred sixty one dollars and seven cents. (27,261.07) This amount includes time expended and expenses incurred before this Court. In support of said request, the undersigned counsel attaches hereto a listing of the time and expenses while this case was pending before this Court. William Mattingly, counsel for the petitioner, West Virginia CWP as insurer of Logan Coals, Inc has advised that the petitioner, West Virginia CWP, has no objection to the requested attorney fee. Accordingly, the undersigned counsel would respectfully request an order awarding the amount of $27, 261.07 as an attorney fee payable by the petitioner, West Virginia CWP.

    Respectfully submitted,

    /S/ROGER D.FORMAN
    ATTORNEY AT LAW
    PO Box 213
    Buckeye, WV 24924
    Phone: 304-799-6406
    FAX: 304-799-6604

Certificate of Service

The undersigned hereby certifies that the foregoing, UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS, was served upon the following by electronic filing via the CM/ECF system this eighth day of June, 2015: ELECTRONIC SUBMISSION VIA CM/ECF: William S. Mattingly: wmattingly@jacksonkelly.com; Gary K. Stearman: stearman.gary@dol.com.

/S/ROGER D.FORMAN
For Page Bender

Petition for Black Lung Fee For Page Bender, Jr.
Fourth Circuit Court of Appeals

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest .25 Hour |
|---|---|---|---|---|
| 10/02/12 | Reviewed BRB transmittal to 4th circuit | R. Forman | $325 | 0.25 |
| 10/03/12 | Phone conference with opposing counsel re: extension | R. Forman | $325 | 0.25 |
| 10/11/12 | Reviewed abeyance motion; reviewed cases from other circuits | R. Forman | $325 | 1.50 |
| 10/16/12 | Phone conference with opposing counsel re: stats reported to Ms. Bender | R. Forman | $325 | 0.75 |
| 10/26/12 | Reviewed motion to suspend briefing deadline and order granting same | R. Forman | $325 | 0.25 |
| 02/15/13 | Reviewed file for action and development; called Ms. Bender | R. Forman | $325 | 0.50 |
| 07/30/13 | Advised of Mr. Bender's death; spoke with Ms. Bender; submitted death documents to all parties and DOL | R. Forman | $325 | 0.75 |
| 08/01/13 | Discussion with Ms. Bender; called opposing counsel | R. Forman | $325 | 0.75 |
| 08/02/13 | Reviewed briefing schedule | R. Forman | $325 | 0.25 |
| 08/19/13 | Reviewed notice of appearance of counsel | R. Forman | $325 | 0.25 |
| 09/11/13 | Worked on brief, research and writing | R. Forman | $325 | 3.00 |
| 09/15/13 | Reviewed file for appendix inclusions and contents | R. Forman | $325 | 1.50 |
| 11/13/13 | Reviewed defendant's brief; read all cases; called opposing counsel for copies of brief | R. Forman | $325 | 4.00 |
| 11/14/13 | Work on brief | R. Forman | $325 | 4.00 |
| 11/25/13 | Work on brief, reading cases and writing | R. Forman | $325 | 1.00 |
| 12/01/13 | Work on research and writing brief | R. Forman | $325 | 3.00 |
| 12/03/13 | Letter re: extension | R. Forman | $325 | 0.25 |
| 12/28/13 | First draft of brief | R. Forman | $325 | 8.00 |

| Date | Description | Attorney | Rate | Hours |
|---|---|---|---|---|
| 12/29/13 | Finish second draft of brief; check rules for conformity | R. Forman | $325 | 4.50 |
| 12/30/13 | Final draft of brief; submitted same | R. Forman | $325 | 1.50 |
| 02/20/14 | Review Director's and opposing counsel's briefs | R. Forman | $325 | 2.00 |
| 03/05/14 | Reviewed reply brief and rules | R. Forman | $325 | 2.00 |
| 03/11/14 | Reviewed Antelope coal decision; drafted motion | R. Forman | $325 | 0.75 |
| 03/13/14 | Review motion to seal | R. Forman | $325 | 0.25 |
| 03/22/14 | Reviewed file; reviewed issues; prepared notes for argument | R. Forman | $325 | 2.00 |
| 06/22/14 | Reviewed relevant decisions on issues, DOL briefs and case law | R. Forman | $325 | 1.50 |
| 06/28/14 | Reviewed opposing counsel's brief and relevant case law | R. Forman | $325 | 2.00 |
| 06/30/14 | Reviewed Director's and other relevant briefs; consulted colleague | R. Forman | $325 | 3.00 |
| 12/05/14 | Review briefs, prepared for argument | R. Forman | $325 | 3.00 |
| 01/12/15 | Reviewed briefs for argument, including review of case law and Epling case | R. Forman | $325 | 3.00 |
| 01/22/15 | Phone conference with DOL attorney and Leonard Stayton regarding upcoming arguments | R. Forman | $325 | 0.75 |
| 01/26/15 | Prepared for oral argument | R. Forman | $325 | 3.00 |
| 01/28/15 | Out of office - traveled from Buckeye, WV to Richmond, VA; prepared for oral argument | R. Forman | $325 | 8.00 |
| 01/29/15 | Out of office - prepared for oral argument, wait time, oral argument; traveled from Richmond, VA to Buckeye, WV | R. Forman | $325 | 8.00 |
| 04/02/15 | Review of published decision | R. Forman | 325 | 1.5 |
| 04/03/15 | Review of file for impact on survivor's claim | R. Forman | 325 | .75 |
| 04/06/15 | Conference with client | R. Forman | 325 | .5 |
| 4/15/15 | Reviewed file and produced documentation for fee petition negotiations | R. Forman | 325 | 1.5 |
| 4/29/15 | Phone conversation W. Mattingly | R. Forman | 325 | .25 |

| Date | Description | Attorney | Rate | Hours |
|---|---|---|---|---|
| 5/21/15 | Prepared draft motion and order re fees | R. Forman | 325 | .75 |
| 5/28/15 | Review correspondence related re survivor's claim | R. Forman | 325 | .50 |
| 6/01/15 | Review correspondence with W. Mattingly, revise fee petition | R. Forman | 325 | 1.0 |
|  |  |  |  | 82.5 |
|  | TOTAL | R. Forman | 26,812.50 |  |

### EXPENSES INCURRED BY R. FORMAN FOR ORAL ARGUMENT

| Date | Description | Detail | Amount |
|---|---|---|---|
| 01/28/15 through | Round trip travel from Buckeye, WV to Richmond, VA | 195 miles @ 57.5¢ / mile | $224.25 |
| 01/29/15 | Hotel expense |  | $188.82 |
| 1/10/14 | Brief Production |  | $323.00 |
|  | TOTAL EXPENSES |  | 736.07 |

TOTAL FEES AND EXPENSES         27, 548.57
Reduced to (By agreement)         27,261.07