FILED: June 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2034
(11-0683-BLA)
(10-BLA-5257)
_____

WEST VIRGINIA CWP FUND, as insurer for Logan Coals, Inc.,

    Petitioner,

  v.

PAGE BENDER, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

    Respondents.

_____

O R D E R
_____

Upon consideration of the unopposed motion for award of attorney's fees, the court grants the motion. The court awards attorney's fees in the amount of $27,261.07 to be paid to Roger D. Forman, counsel for respondent Page Bender, Jr., by West Virginia CWP Fund as carrier for Logan Coals, Inc.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk